IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BONNIE BECKER d/b/a OMA'S
SLICE OF HEAVEN, on behalf of
Herself and all others similarly situated,

    Plaintiff,

vs.                                                  No. CIV 20-0043 JB\SMV

FIRST SAVINGS BANK,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Notice of Voluntary Dismissal, filed May 14, 2020 (Doc. 38). In the Notice of Voluntary Dismissal, the parties stipulate to dismissal of all claims that Plaintiff Bonnie Becker individually asserts against Defendant First Savings Bank with prejudice and of all the claims that the proposed class members assert against First Savings Bank without prejudice. See Notice of Voluntary Dismissal at 1. Because the Notice of Voluntary Dismissal resolves all matters before the Court, the Court now enters Final Judgment.

**IT IS ORDERED** that: (i) all claims that Plaintiff Bonnie Baker individually asserts against Defendant First Savings Bank are dismissed with prejudice; (ii) all claims that the proposed class members assert against First Savings Bank are dismissed without prejudice; and (iii) Final Judgment is entered.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel:*

Nicholas Koluncich
Law Offices of Nicholas Koluncich LLC
Albuquerque, New Mexico

--and--

Jeffrey Kaliel
Sophia Gold
Kaliel PLLC
Washington, D.C.

  *Attorneys for the Plaintiff*

Adam D. Rafkin
Adam D. Rakin, P.C.
Ruidoso, New Mexico

  *Attorney for the Defendants*